Eve H. Cervantez (SBN 164709)
Eileen B. Goldsmith (SBN 218029)
Rachel J. Zwillinger (SBN 268684)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com

Matthew J. Matern (SBN 159798)
Dalia Khalili (SBN 253840)
RASTEGAR & MATERN,
ATTORNEYS AT LAW APC
1010 Crenshaw Boulevard, Suite 100
Torrance, CA 90501
Tel. (310) 218-5500
Fax (310) 218-1155
Email: mjm@rastegar-matern.com

Attorneys for Plaintiffs

*[Attorneys for Defendants listed on next page]*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PEP BOYS - MANNY MOE & JACK OF CALIFORNIA, a California corporation; THE PEP BOYS - MANNY MOE & JACK, a Pennsylvania corporation; and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 12-4810 CRB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>Judge:   Hon. Charles R. Breyer |

1 | MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
2 | jbattenfeld@morganlewis.com
JASON S. MILLS (SBN 225126)
3 | jmills@morganlewis.com
HIEN NGUYEN (SBN 229794)
4 | hnguyen@morganlewis.com
KATHY H. GAO (SBN 259019)
5 | kgao@morganlewis.com
300 S. Grand Avenue
6 | Twenty-Second Floor
Los Angeles, CA 90071-3132
7 | Tel: 213.612.2500
Fax: 213.612.2501
8
Attorneys for Defendants
9 | THE PEP BOYS MANNY MOE & JACK OF
CALIFORNIA and THE PEP BOYS – MANNY,
10 | MOE & JACK

---

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION, Case No. CV 12-4810 CRB

1. WHEREAS, on March 25, 2013, the Court continued the hearing date for Plaintiffs' class certification motion from September 20, 2013 to January 24, 2014, to enable the parties to participate in private mediation scheduled for July 24, 2013 (*see* Dkt. No. 17);

WHEREAS the parties participated in private mediation on July 24, 2013, but to date the case has not been settled;

WHEREAS the parties have met and conferred regarding the briefing schedule for Plaintiffs' class certification motion, in light of the Court's instruction that the briefing schedule should be similar to that previously agreed to by the parties (*see* Dkt. No. 17);

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

1. Plaintiffs shall file their motion for class certification no later than November 6, 2013;

2. Defendants shall file their opposition to Plaintiffs' motion for class certification no later than December 13, 2013;

3. Plaintiffs shall file their reply in support of their motion for class certification no later than January 10, 2014.

DATED: August 16, 2013

*/s/ Eileen B. Goldsmith*
Eileen B. Goldsmith

ALTSHULER BERZON LLP
Attorneys for Plaintiffs

STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER

DATED: August 16, 2013

*/s/ John S. Battenfeld*
John S. Battenfeld

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendants

THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA and THE PEP BOYS – MANNY, MOE & JACK

IT IS SO ORDERED.

Dated: August 22, 2013

_____
HON. CHARLES R. BREYER
United States District Judge

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION, Case No. CV 12-4810 CRB