1  JOHN S. BATTENFELD (SBN 119513)
   JASON S. MILLS (SBN 225126)
2  HIEN NGUYEN (SBN 229794)
   KATHY H. GAO (SBN 259019)
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
4  Twenty-Second Floor
   Los Angeles, CA  90071-3132
5  Tel:     213.612.2500
   Fax:     213.612.2501
6  Email: jbattenfeld@morganlewis.com
   Email: jmills@morganlewis.com
7  Email: hnguyen@morganlewis.com
   Email: kgao@morganlewis.com
8
   Attorneys for Defendants
9  THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA,
   a California corporation and THE PEP BOYS – MANNY, MOE
10 & JACK, a Pennsylvania corporation

11 [*Attorneys for Plaintiffs listed on next page*]

12              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13              **SAN FRANCISCO/OAKLAND DIVISION**

14

15 STEVE TOKOSHIMA, LUIS FLORES, and        CASE NO.: CV 12-4810 CRB
   JAMES FABER, on Behalf of Themselves and All
16 Others Similarly Situated,                **STIPULATION AND ORDER TO**
                                             **MODIFY THE BRIEFING SCHEDULE**
17        Plaintiffs,                        **FOR AND HEARING DATE ON**
                                             **PLAINTIFFS' MOTION FOR CLASS**
18  vs.                                      **CERTIFICATION**

19 THE PEP BOYS - MANNY MOE & JACK OF        Judge:   Hon. Charles R. Breyer
   CALIFORNIA, a California corporation; THE PEP
20 BOYS - MANNY MOE & JACK, a Pennsylvania
   corporation; and DOES 1-10,
21
          Defendants.
22

23

24

25

26

27

28

Eve H. Cervantez (SBN 164709)
Eileen B. Goldsmith (SBN 218029)
Rachel J. Zwillinger (SBN 268684)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
Email: ecervantez@altber.com
Email: egoldsmith@altber.com
Email: rzwillinger@altber.com

Matthew J. Matern (SBN 159798)
RASTEGAR & MATERN,
ATTORNEYS AT LAW APC
1010 Crenshaw Boulevard, Suite 100
Torrance, CA 90501
Tel. (310) 218-5500
Fax (310) 218-1155
Email: mjm@rastegar-matern.com

Attorneys for Plaintiffs

1        WHEREAS, consistent with the parties' prior stipulation and order by this Court, Plaintiffs

2   filed their Motion for Class Certification on November 6, 2013;

3        WHEREAS, pursuant to the parties' stipulation and order by this Court, Defendants'

4   deadline to file their Opposition to Plaintiffs' Motion for Class Certification is December 13, 2013,

5   Plaintiffs' deadline to file their Reply in support of their Motion for Class Certification is January

6   10, 2013, and the hearing on Plaintiffs' Motion for Class Certification is set for January 24, 2013;

7        WHEREAS, Plaintiffs' Motion for Class Certification included a ten-page supporting

8   declaration submitted by their proposed expert, Gerald Rosenbluth;

9        WHEREAS, Defendants have notified Plaintiffs of their intent to depose Mr. Rosenbluth in

10   order to adequately prepare their Opposition to Plaintiffs' Motion for Class Certification;

11        WHEREAS, Plaintiffs have informed Defendants that Mr. Rosenbluth is not available for

12   deposition until February 27, 2014 because of two scheduled trials and multiple previously

13   scheduled depositions;

14        WHEREAS, Plaintiffs have informed Defendants that they do not oppose a modification of

15   the current briefing and hearing schedule to allow Defendants to depose Mr. Rosenbluth on

16   February 27, 2014 prior to filing of Defendants' Opposition to Plaintiffs' Motion for Class

17   Certification;

18        WHEREAS, Defendants are agreeable to this modification that will allow them to depose

19   Mr. Rosenbluth and avoid the need for a motion to compel an earlier deposition date and/or a

20   motion to strike Mr. Rosenbluth's declaration;

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / /

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

1.     Mr. Rosenbluth's deposition will take place on February 27, 2014 in Tempe, Arizona;

2.     The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Class Certification is continued to March 7, 2014;

3.     The deadline for Plaintiffs to file their Reply in support of their Motion for Class Certification is continued to April 4, 2014;

4.     The hearing on Plaintiffs' Motion for Class Certification is continued to April 18, 2014, at 10:00 a.m.

DATED:  November 22, 2013          ___/s/ Rachel J. Zwillinger_____
                                                              Rachel J. Zwillinger

                                                              ALTSHULER BERZON LLP
                                                              Attorneys for Plaintiffs

                                                              STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER

DATED:  November 22, 2013          ___/s/ Kathy H. Gao_____
                                                              Kathy H. Gao

                                                              MORGAN, LEWIS & BOCKIUS LLP
                                                              Attorneys for Defendants

                                                              THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA and THE PEP BOYS – MANNY, MOE & JACK

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  November 25, 2013

_____
HON. CHARLES R. BREYER
United States District Judge

*(seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED / Judge Charles R. Breyer)*

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. CV 12-4810 CRB

DB2/ 24541468.1