1  Eve H. Cervantez (SBN 164709)
   Eileen B. Goldsmith (SBN 218029)
2  Rachel J. Zwillinger (SBN 268684)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Tel. (415) 421-7151
   Fax (415) 362-8064
5  Email: ecervantez@altber.com

6  Matthew J. Matern (SBN 159798)
   Dalia Khalili (SBN 253840)
7  RASTEGAR & MATERN,
   ATTORNEYS AT LAW APC
8  1010 Crenshaw Boulevard, Suite 100
   Torrance, CA 90501
9  Tel. (310) 218-5500
   Fax (310) 218-1155
10 Email: mjm@rastegar-matern.com

11 Attorneys for Plaintiffs

12 *[Attorneys for Defendants listed on next page]*

13                **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                **SAN FRANCISCO/OAKLAND DIVISION**

15

16 STEVE TOKOSHIMA, LUIS FLORES, and        CASE NO.: CV 12-4810 CRB
   JAMES FABER, on Behalf of Themselves and All
17 Others Similarly Situated,                **STIPULATION AND ORDER**
                                             **CONTINUING BRIEFING SCHEDULE**
18         Plaintiffs,                       **ON DEFENDANTS' MOTION TO**
                                             **STRIKE DECLARATION OF**
19    vs.                                    **PLAINTIFFS' EXPERT WITNESS,**
                                             **GERALD ROSENBLUTH, FILED IN**
20 THE PEP BOYS - MANNY MOE & JACK OF        **SUPPORT OF PLAINTIFFS' MOTION**
   CALIFORNIA, a California corporation; THE PEP  **FOR CLASS CERTIFICATION**
21 BOYS - MANNY MOE & JACK, a Pennsylvania
   corporation; and DOES 1-10,               Judge:  Hon. Charles R. Breyer
22
           Defendants.
23

24

25

26

27

28 STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON
   DEFENDANTS' MOTION TO STRIKE DECLARATION OF PLAINTIFFS' EXPERT
   WITNESS, GERALD ROSENBLUTH, FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR
   CLASS CERTIFICATION, Case No. CV 12-4810 CRB

1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD (SBN 119513)
2  jbattenfeld@morganlewis.com
   JASON S. MILLS (SBN 225126)
3  jmills@morganlewis.com
   HIEN NGUYEN (SBN 229794)
4  hnguyen@morganlewis.com
   KATHY H. GAO (SBN 259019)
5  kgao@morganlewis.com
   300 S. Grand Avenue
6  Twenty-Second Floor
   Los Angeles, CA 90071-3132
7  Tel:  213.612.2500
   Fax: 213.612.2501
8
   Attorneys for Defendants
9  THE PEP BOYS MANNY MOE & JACK OF
   CALIFORNIA and THE PEP BOYS – MANNY,
10 MOE & JACK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE DECLARATION OF PLAINTIFFS' EXPERT WITNESS, GERALD ROSENBLUTH, FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. CV 12-4810 CRB

1  WHEREAS, pursuant to Stipulation and Order (Dkt. No. 48 ), the following briefing and
2  hearing schedule applies to Plaintiffs' Motion for Class Certification (Dkt No. 37):
3  November 6, 2013—Plaintiffs file motion for class certification
4  March 7, 2014—Defendants file opposition to Plaintiffs' motion for class certification
5  April 4, 2014—Plaintiffs file reply brief in support of motion for class certification
6  April 18, 2014—Hearing on Plaintiffs' motion for class certification;
7  WHEREAS, Defendants filed their opposition to Plaintiffs' motion for class certification on
8  March 7, 2014 (Dkt No. 49);
9  WHEREAS, Defendants also filed on March 7, 2014, an accompanying Motion to Strike
10  Declaration of Plaintiffs' Expert Witness, Gerald Rosenbluth, Filed in Support of Plaintiffs'
11  Motion for Class Certification ("Motion to Strike") (Dkt. No. 50);
12  WHEREAS, Defendants set their Motion to Strike for hearing on April 18, 2014 at 10:00
13  a.m., the same time as Plaintiffs' motion for class certification;
14  WHEREAS, the parties are in the process of meeting and conferring and attempting to find
15  a convenient date for a 30(b)(6) deposition that Plaintiffs contend is potentially relevant to both the
16  class certification motion and Defendants' Motion to Strike;
17  WHEREAS, pursuant to Local Rule, Plaintiffs' opposition to the Motion to Strike is
18  currently due on March 21, 2014 and Defendants' reply in support of the Motion to Strike is
19  currently due on March 28, 2014;
20  WHEREAS, this does not give the parties sufficient time in which to schedule the requested
21  30(b)(6) deposition;
22  WHEREAS, if the briefing schedule on Defendants' Motion to Strike is continued by one
23  week, briefing on Defendants' Motion to Strike will be completed by April 4, 2014, the same date
24  that briefing is completed on Plaintiffs' motion for class certification;
25  Therefore, the parties hereby stipulate, and request that the Court so order:
26  1) Plaintiffs' Opposition to Defendants' Motion to Strike, currently due on March 21, 2014,
27  shall be due on March 28, 2014;
28

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION, Case No. CV 12-4810 CRB

2) Defendants' Reply in support of Motion to Strike, currently due on March 28, 2014, shall be due on April 4, 2014.

| | |
|---|---|
| DATED:  March 13, 2014 | */s/ Eve H. Cervantez* <br> Eve H. Cervantez <br><br> ALTSHULER BERZON LLP <br> Attorneys for Plaintiffs <br><br> STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER |
| DATED:  March 13, 2014 | */s/ John S. Battenfeld* <br> John S. Battenfeld <br><br> MORGAN, LEWIS & BOCKIUS LLP <br> Attorneys for Defendants <br><br> THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA and THE PEP BOYS – MANNY, MOE & JACK |

Pursuant to Stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: March _18, 2014

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE DECLARATION OF PLAINTIFFS' EXPERT WITNESS, GERALD ROSENBLUTH, FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. CV 12-4810 CRB