1  Eve H. Cervantez (SBN 164709)
   Eileen B. Goldsmith (SBN 218029)
2  Rachel J. Zwillinger (SBN 268684)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Tel. (415) 421-7151
   Fax (415) 362-8064
5  Email: ecervantez@altber.com

6  Matthew J. Matern (SBN 159798)
   Dalia Khalili (SBN 253840)
7  RASTEGAR & MATERN,
   ATTORNEYS AT LAW APC
8  1010 Crenshaw Boulevard, Suite 100
   Torrance, CA 90501
9  Tel. (310) 218-5500
   Fax (310) 218-1155
10 Email: mjm@rastegar-matern.com

11 Attorneys for Plaintiffs

12 *[Attorneys for Defendants listed on next page]*

13                    **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                       **SAN FRANCISCO/OAKLAND DIVISION**

15

| | |
|---|---|
| 16  STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER, on Behalf of Themselves and All Others Similarly Situated, | CASE NO.: CV 12-4810 CRB |
| 17 | **STIPULATION AND ORDER REQUESTING CASE MANAGEMENT CONFERENCE** |
| 18  Plaintiffs, | |
| 19  vs. | Judge:   Hon. Charles R. Breyer |
| 20  THE PEP BOYS - MANNY MOE & JACK OF CALIFORNIA, a California corporation; THE PEP BOYS - MANNY MOE & JACK, a Pennsylvania corporation; and DOES 1-10, | |
| 21 | |
| 22  Defendants. | |

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER REQUESTING CASE MANAGEMENT CONFERENCE,
Case No. CV 12-4810 CRB

1  MORGAN, LEWIS & BOCKIUS LLP
   JOHN S. BATTENFELD (SBN 119513)
2  jbattenfeld@morganlewis.com
   JASON S. MILLS (SBN 225126)
3  jmills@morganlewis.com
   HIEN NGUYEN (SBN 229794)
4  hnguyen@morganlewis.com
   KATHY H. GAO (SBN 259019)
5  kgao@morganlewis.com
   300 S. Grand Avenue
6  Twenty-Second Floor
   Los Angeles, CA 90071-3132
7  Tel:  213.612.2500
   Fax: 213.612.2501
8
   Attorneys for Defendants
9  THE PEP BOYS MANNY MOE & JACK OF
   CALIFORNIA and THE PEP BOYS – MANNY,
10 MOE & JACK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, this Court issued its Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification on April 28, 2014 (Dkt. No. 65);

WHEREAS, the parties are in the process of meeting and conferring regarding the form of Class Notice and plan for its distribution, and scheduling for the remainder of this case;

Therefore, the parties hereby stipulate, and request that the Court so order:

1) The parties jointly request the Court to schedule a case management conference on June 13, 2014 at 8:30 a.m., for the purpose of approving the form of Class Notice and plan for its distribution, and setting a schedule for the remainder of the case.

2) No later than June 6, 2014, the parties shall file a joint case management statement setting forth the proposed form of Class Notice and plan for its distribution, and a proposed schedule for the remainder of the case, identifying all issues on which the parties agree, and any issues on which the parties disagree.

DATED: May 14, 2014        */s/ Eve H. Cervantez*
                           Eve H. Cervantez

                           ALTSHULER BERZON LLP
                           Attorneys for Plaintiffs

                           STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER

DATED: May 14, 2014        */s/ John S. Battenfeld*
                           John S. Battenfeld

                           MORGAN, LEWIS & BOCKIUS LLP
                           Attorneys for Defendants

                           THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA and THE PEP BOYS – MANNY, MOE & JACK

Pursuant to Stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: May 15, 2014

_____
HON. CHARLES R. BREYER
United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Charles R. Breyer]