1  JOHN S. BATTENFELD (SBN 119513)
   JASON S. MILLS (SBN 225126)
2  HIEN NGUYEN (SBN 229794)
   KATHY H. GAO (SBN 259019)
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
4  Twenty-Second Floor
   Los Angeles, CA  90071-3132
5  Tel:    213.612.2500
   Fax:    213.612.2501
6  Email: jbattenfeld@morganlewis.com
   Email: jmills@morganlewis.com
7  Email: hnguyen@morganlewis.com
   Email: kgao@morganlewis.com
8
   Attorneys for Defendants
9  THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA,
   a California corporation and THE PEP BOYS – MANNY, MOE
10 & JACK, a Pennsylvania corporation

11 [*Class Counsel listed on next page*]

12         **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13         **SAN FRANCISCO/OAKLAND DIVISION**

14

15 | STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER, on Behalf of Themselves and All Others Similarly Situated, | CASE NO.: CV 12-4810 CRB |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | |
| THE PEP BOYS - MANNY MOE & JACK OF CALIFORNIA, a California corporation; THE PEP BOYS - MANNY MOE & JACK, a Pennsylvania corporation; and DOES 1-10, | Judge:   Hon. Charles R. Breyer |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. CV 12-4810 CRB
DB2/ 25258715.1

1  Eve H. Cervantez (SBN 164709)
   Eileen B. Goldsmith (SBN 218029)
2  Rachel J. Zwillinger (SBN 268684)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Tel. (415) 421-7151
   Fax (415) 362-8064
5  Email: ecervantez@altber.com
   Email: egoldsmith@altber.com
6  Email: rzwillinger@altber.com

7  Matthew J. Matern (SBN 159798)
   RASTEGAR & MATERN,
8  ATTORNEYS AT LAW APC
   1010 Crenshaw Boulevard, Suite 100
9  Torrance, CA 90501
   Tel. (310) 218-5500
10 Fax (310) 218-1155
   Email: mjm@rastegar-matern.com
11
   Class Counsel
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION
   FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. CV 12-4810 CRB

DB2/ 25258715.1

1  WHEREAS, on June 12, 2014, pursuant to the parties' prior stipulation, this Court set Plaintiffs' deadline to file their motion for preliminary approval of class action settlement for August 8, 2014 and the hearing on Plaintiffs' motion for preliminary approval for August 22, 2014;

4  WHEREAS, the parties have worked diligently to prepare the documents related to Plaintiffs' motion for preliminary approval of class action settlement including, but not limited to, the joint stipulation of class action settlement, the motion for preliminary approval, the proposed order granting Plaintiffs' motion for preliminary approval, and the notice packet to be distributed to class members;

9  WHEREAS, the parties need additional time to finalize the above-referenced documents in connection with Plaintiffs' motion for preliminary approval;

11  WHEREAS, the parties have met and conferred and agree that the deadline for Plaintiffs to file their motion for preliminary approval and the hearing on Plaintiffs' motion for preliminary approval should both be continued by two weeks, or to the soonest date thereafter which is convenient for the Court;

15  WHEREAS, according to the Northern District Court's website, District Judge Breyer is unavailable from August 28, 2014 through September 19, 2014;

17  THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

18  1.   The deadline for Plaintiffs to file their motion for preliminary approval of class action settlement is continued from August 8, 2014 to August 22, 2014; and

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. CV 12-4810 CRB

DB2/ 25258715.1

2. The hearing on Plaintiffs' motion for preliminary approval of class action settlement is continued from August 22, 2014 to September 26, 2014.

DATED: August 7, 2014         /s/ Eileen B. Goldsmith
                              Eileen B. Goldsmith

                              ALTSHULER BERZON LLP
                              Class Counsel

DATED: August 7, 2014         /s/ Kathy H. Gao
                              Kathy H. Gao

                              MORGAN, LEWIS & BOCKIUS LLP
                              Attorneys for Defendants

                              THE PEP BOYS MANNY MOE & JACK OF
                              CALIFORNIA and THE PEP BOYS – MANNY,
                              MOE & JACK

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: August 8, 2014         _____
                              HON. CHARLES R. BREYER
                              United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer [signature stamp]*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. CV 12-4810 CRB

DB2/ 25258715.1