1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

15
16
17
18
19
20
21
22
23

| | |
|---|---|
| STEVE TOKOSHIMA, LUIS FLORES, and JAMES FABER, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>THE PEP BOYS - MANNY MOE & JACK OF CALIFORNIA, a California Corporation; THE PEP BOYS - MANNY MOE & JACK, a Pennsylvania Corporation; and DOES 1-10,<br><br>    Defendants. | CASE NO.:  C12-4810 CRB<br><br>**[PROPOSED] ORDER GRANTING FINAL JUDGMENT**<br><br>Date:   January 9, 2015<br>Time:  10:00 a.m.<br>Crtm.:  6<br>Judge: Hon. Charles R. Breyer |

24
25
26
27
28

1  This matter was heard by the Court on January ~~9~~ 23, 2015, at 10:00 a.m., in Courtroom 6, of United States District Court, Northern District of California, before the Honorable Charles R. Breyer, pursuant to the noticed Motions for Final Approval of Class Action Settlement and for Attorney's Fees and Reimbursement of Expenses.

Having considered the documents filed by the Parties in connection with the class action settlement, the arguments of counsel, the Motion for Final Approval of Class Action Settlement, Dkt. 75; the Motion for Attorney's Fees and Reimbursement of Expenses, filed December 1, 2014, Dkt. 76; the Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement," Docket No. 72-2); this Court's Order re Motion for Class Certification and Motion to Strike filed April 28, 2014, Dkt. 65; the Motion for Preliminary Approval of Class Action Settlement, Dkt. 72; this Court's Order Granting Preliminary Approval of Class Action Settlement filed September 26, 2014, Dkt. 73; and the Reply Brief in support of Final Approval of Class Action Settlement and Award of Attorney's Fees and Costs filed December 22, 2014, hereby grants final approval of the Settlement and grants the motion for attorney's fees and reimbursement of expenses and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1. The Court hereby enters final judgment in this case in accordance with the terms of the Settlement Agreement, the Order Granting Preliminary Approval, the Order Granting Final Approval of Class Action Settlement and Granting Motion for Attorneys' Fees and Reimbursement of Expenses, and this Order Granting Final Judgment, subject to the Court's retention of jurisdiction to oversee the Settlement.

2. Neither this Final Judgment nor the Settlement shall constitute an admission by Defendants of any liability or wrongdoing whatsoever, nor is this Final Judgment a finding of the validity or invalidity of any claims in the action or a finding of wrongdoing by Defendants herein.

3. The Court dismisses all claims in the action with prejudice, with each Party bearing its own attorneys' fees and costs, except as provided in the Settlement Agreement and the Order

\\
\\
\\

1  Granting Final Approval of Class Action Settlement, and Granting Motion for Attorneys' Fees and
2  Reimbursement of Expenses.
3
4  Dated:   January __23__, 2015
5                                               _____
                                                 Hon. Charles R. Breyer
6                                                Judge, U.S. District Court
7
   Approved as to form:
8
9
                                                 MORGAN, LEWIS & BOCKIUS LLP
10
11 Date:  December 22, 2014           */s/ John Battenfeld*
                                       John Battenfeld
12
13                                     JOHN BATTENFELD
                                       KATHY GAO
14                                     HIEN NGUYEN

15                                     Attorneys for Defendants
                                       THE PEP BOYS – MANNY, MOE AND JACK
16                                     AND THE PEP BOYS – MANNY, MOE AND
                                       JACK OF CALIFORNIA
17